1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JILALI TABET,

                            Petitioner,

        v.

ICE FIELD OFFICE DIRECTOR,

                            Respondent.

NO.  C12-516-RSM

ORDER OF DISMISSAL

The Court, having reviewed petitioner's petition for writ of habeas corpus, respondent's

motion to dismiss, the Report and Recommendation of the Honorable James P. Donohue, United

States Magistrate Judge, and the remaining record, finds and Orders as follows:

(1)     The Court adopts the Report and Recommendation.

(2)     Petitioner's petition for writ of habeas corpus (Dkt. No. 6) is DENIED,

         respondent's motion to dismiss (Dkt. No. 12) is GRANTED, and this action is

         DISMISSED with prejudice.

(3)     The Clerk shall send a copy of this Order to the parties, and to Judge Donohue.

DATED this 7 day of August 2012.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER OF DISMISSAL - 1